UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ANTHONY COLE,
                   Plaintiff,

          -v-

UNITED STATES OF AMERICA,
                   Defendant.

20-CV-7719 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff's application for a six-month stay (Dkt. No. 16) is granted. This action is hereby stayed for six months, and the conference currently scheduled for May 27, 2021, is adjourned *sine die*. The parties are directed to file a joint letter updating the Court as to the status of this matter by September 12, 2021.

    The Clerk of Court is directed to close the motion at Docket Number 16 and update the status of this action accordingly.

    SO ORDERED.

Dated: March 12, 2021
       New York, New York

                                            J. PAUL OETKEN
                                          United States District Judge